United States District Court
Southern District of Texas
**ENTERED**
July 14, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Tammy Guzman, | § | |
| | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 4:26-cv-00738 |
| v. | § | |
| | § | |
| United States of America, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER SETTING MEDIATION

### TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter was referred to United States Magistrate Judge Yvonne Ho for mediation. You are hereby notified that the mediation is scheduled for:

**July 28, 2026, at 1:00 p.m.**
By Zoom

## CONFIDENTIALITY

It is ORDERED that the mediation is confidential.  Any matters discussed with the court in its role as the mediator will not be made part of the record and shall be kept in confidence by all attendees.  Recording of the mediation by any means is strictly prohibited.

## REQUIRED ATTENDANCE AT THE MEDIATION

The following people must attend the mediation:

The attorneys who will try the case.

All parties, including a person having full authority to negotiate and to settle the case on any terms.

No one else may attend unless all counsel and the court agree in advance.

## CONFIDENTIAL MEDIATION STATEMENT

**No later than noon on July 27, 2026**, each party shall email to the court's case manager a confidential mediation statement, which **should not be filed** with the Clerk of the Court, **nor served** upon the other parties. Brevity is encouraged. Please email Rachel_Willborg@txs.uscourts.gov.

The confidential mediation statement must include:

1. A brief statement of the facts of the case;

2. A brief statement of the claims and defenses, with a discussion of the major issues in dispute;

3. An estimate of the cost and time that has been invested to date, and that is expected to be expended for further discovery, pretrial and trial;

4. The relief sought;

5. The current status of settlement negotiations and a brief history of efforts to settle the case; and

6. The name, title, and role of each person that will attend the mediation.

## PRE-MEDIATION CONFERENCE

The court will hold a pre-mediation conference, separately, with each party's counsel, using the Zoom live video platform. The conference will occur the week before the scheduled mediation. The purpose of the conference is to discuss the mediation process and preparation with lead attorneys (no clients). The Zoom information and instructions for joining the meeting will be emailed to lead counsel before the conference.

Signed on Houston, Texas, on July 14, 2026.

Yvonne Y. Ho
United States Magistrate Judge